UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 09, 2014

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRENDA LEONARD,

Defendant.

Case No.   2:14-mj-00080-CKD-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  _BRENDA LEONARD_ ,

Case No.  _2:14-mj-00080-CKD-2_  from custody for the following reasons:

_____  Release on Personal Recognizance

____X____  Bail Posted in the Sum of $       25,000

                                                      25,000,

_____  X     Unsecured Appearance Bond $   cosigned by Isis

                                                      Dixon

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other):_ Pretrial Services conditions. Ordered to

____X____  appear in the Northern District of Iowa on 4/18/2014 at

_____  10:00 AM before the Magistrate Judge.

Issued at Sacramento, California on April 09, 2014 at 2:35

By:  _____

Magistrate Judge Carolyn K. Delaney